UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
SEP 23 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

DAVID KRZEMIEN,

Plaintiff,

v.

25-CV-514 (JLS) (JJM)

VILLAGE OF CORFU; VILLAGE OF CORFU POLICE DEPARTMENT UNION POLICE OFFICERS; KEN LAUER; AMY JOHNSTON; JESSICA DOCTOR; JOE "BIGGS" JOHNSTON; MIKE DOCTOR; DAVE DRYSDELL; TOM SARGENT; and JOHN DOE,

Defendants.

# DECISION AND ORDER

Plaintiff David Krzemien commenced this action on June 16, 2025, alleging First and Fourteenth Amendment claims under 42 U.S.C. § 1983, as well as state law claims of intentional infliction of emotional distress and mental anxiety, negligence, and gross negligence, based on incidents that occurred in the course of his employment as a police officer for the Village of Corfu. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 10.

On September 12, 2025, Defendants moved to dismiss Plaintiff's complaint. Dkt. 8. Plaintiff opposed that motion, Dkt. 12, and Defendants replied. Dkt. 13. On October 22, 2025, Judge McCarthy heard oral argument on the motion to dismiss, held the motion to dismiss in abeyance, and permitted Plaintiff to file a

proposed amended complaint. Dkt. 14; Dkt. 15. On November 12, 2025, Plaintiff filed a proposed amended complaint. Dkt. 16. Defendants filed a supplemental memorandum to its motion to dismiss that addressed Plaintiff's proposed amended complaint, Dkt. 17, and Plaintiff responded. Dkt. 18.

On March 12, 2026, Judge McCarthy issued a Report and Recommendation ("R&R"), recommending that this Court (1) grant Defendants' motion to dismiss, Dkt. 8; Dkt. 17, (2) reject the Plaintiff's proposed amended complaint, Dkt. 16, and (3) dismiss Plaintiff's original complaint with prejudice, Dkt. 1. *See* Dkt. 19. Plaintiff objected to the R&R, Dkt. 20, and Defendants opposed those objections, Dkt. 22. Plaintiff did not file a reply.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge McCarthy's recommendation.

For the reasons above and in the R&R, Defendants' motion to dismiss, Dkt. 8, as supplemented to address the proposed amended complaint, Dkt. 17, is

GRANTED. The amended complaint, Dkt. 16, is rejected for failure to state a claim. The original complaint, Dkt. 1, is dismissed with prejudice. The Clerk of Court shall close this case.

SO ORDERED.

Dated: September 23, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE